# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KATHY DENTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:18-CV-087 |
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Come now the Plaintiff, KATHY A. DENTON (hereinafter "Plaintiff") and the Defendant, NEW YORK LIFE INSURANCE COMPANY (hereinafter "Defendant"), by and through their respective counsel, and pursuant Rule 41(a)(1)(A)(ii) enter this stipulation of voluntary dismissal of Plaintiff's Complaint, as well as dismissal of any claim Defendant may have asserted against Plaintiff pursuant to Tenn. Code Ann. § 56-7-106.

**Respectfully Submitted,**

| | |
|---|---|
| **LAW OFFICE OF SAMUEL F. HUDSON** | **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ** |
| **BY:** s/ Samuel F. Hudson | **BY:** s/ Clarence Risin |
| SAMUEL F. HUDSON, TNBPR # 022852 | CLARENCE RISIN, TNBPR # 16874 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| P.O. Box 485 | 211 Commerce Street, Suite 800 |
| Dunlap, TN 37327 | Nashville, Tennessee 37201 |
| PH: (423) 949-7900 / FX: (423) 949-9100 | PH: (615) 726-7319 |
| sam.hudson@hudsonlawoffices.org | crisin@bakerdonelson.com |